IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Dorsey, Jenna | Case Number: 07 B 07180 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/03/09 | Filed: 4/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 15, 2009
Confirmed:  June 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,116.00 | |
| Secured: | | 7,148.80 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,374.00 |
| Trustee Fee: | | 593.20 |
| Other Funds: | | 0.00 |
| Totals: | 10,116.00 | 10,116.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,374.00 | 2,374.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 188.21 | 0.00 |
| 4. | Affiliated Financial Corporation | Secured | 14,109.02 | 7,148.80 |
| 5. | Washington Mutual | Secured | 5,731.22 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 998.56 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,170.11 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 713.09 | 0.00 |
| 9. | Jefferson Capital | Unsecured | 986.81 | 0.00 |
| 10. | Affiliated Financial Corporation | Unsecured | 0.00 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 2,815.10 | 0.00 |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | Evergreen Med | Unsecured | | No Claim Filed |
| 14. | Drive Financial Services | Unsecured | | No Claim Filed |
| 15. | TCF Bank | Unsecured | | No Claim Filed |
| | | | $ 29,086.12 | $ 9,522.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 315.75 |
| 6.5% | 277.45 |
| | $ 593.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dorsey, Jenna | Case Number: 07 B 07180 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/03/09 | Filed: 4/20/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: